**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01130-CV

### CARLOS A.L. VAUGHN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13686-C**

## ORDER

We **GRANT** Appellant's First Motion for Time Extension to File Motion for Rehearing.

Appellant's time to file a motion for rehearing is extended to May 30, 2014.

/s/    KERRY P. FITZGERALD
        JUSTICE